UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOAO A. SOUSA,
    Plaintiff

v.                                         C.A. No. 08-218 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 30, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Remand is DENIED, Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED and this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

By Order,

/s/ Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: 10/21/09